IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL SHAVER, JR.,

        Plaintiff,

v.

SGT. KOELKER, et al.,

        Defendants.

Case No. 24-cv-2048 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 7/31/2025**          MONICA A. STUMP, Clerk of Court

                                                      s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**